UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SIDNEY JONES, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>SUPERINTENDENT, )<br>)<br>Respondent. ) | CAUSE NO. 3:16-cv-317-RLM-MGG |

OPINION AND ORDER

Sidney Jones, a prisoner without a lawyer, filed a habeas corpus petition challenging his prison disciplinary hearing in MCF 15-11-145 where a Disciplinary Hearing Officer at Miami Correctional Facility found him guilty of possession or use of a controlled substance in violation of B-202 on January 8, 2016. As a result, he was sanctioned with the loss of 90 days earned credit time and demoted from Credit Class 1 to Credit Class 2.

After Mr. Jones filed his petition, the finding of guilt and sanctions were vacated. The respondent has now filed a motion to dismiss because this case is now moot. Mr. Jones didn't file a response and the time for doing so has passed. *See* N.D. Ind. L. Cr. R. 47-2. Because the challenged disciplinary proceeding and sanctions have been vacated, this case must be dismissed. *See* Hadley v. Holmes, 341 F.3d 661, 664 (7th Cir. 2003) (prisoner can challenge prison disciplinary determination in habeas proceeding only when it resulted in a sanction that lengthened the duration of his confinement).

For these reasons, the court GRANTS the motion to dismiss (ECF 8) DISMISSES this case. The clerk shall enter judgment accordingly.

SO ORDERED.

ENTERED: August 11, 2017

                                                       /s/ Robert L. Miller, Jr.
                                                       Judge
                                                       United States District Court